IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MELVIN SMITH and STAN FOWLER,**

    **Plaintiffs,**[1]

**v.**                                                                 No. 15-cv-1153 SMV/GBW

**AUTO-OWNERS INSURANCE COMPANY,**

    **Defendant.**

### ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S UNTIMELY RESPONSES

THIS MATTER is before the Court on Defendant's Expedited Motion to Strike Plaintiff's Untimely Responses [Doc. 108], filed March 17, 2017. Plaintiff responded on March 21, 2017. [Doc. 110]. Defendant filed a Notice of Completion of Briefing that same day. [Doc. 111]. Having considered the briefing and being otherwise fully advised in the premises,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Expedited Motion to Strike Plaintiff's Untimely Responses [Doc. 108] is **DENIED**. Plaintiff's responses [Docs. 106, 107] to Defendant's Motion for Summary Judgment [Doc. 99] and Motion to Exclude [Doc. 97] are not "pleadings" subject to a motion to strike. *See* Fed. R. Civ. P. 12(f); *Estate of Anderson v. Denny's Inc.*, 291 F.R.D. 622, 634–35 (D.N.M. 2013). The Court will not at this time rule on Plaintiff's Motion for Extension of Time to Respond [Doc. 112]. The Court will determine whether to consider Plaintiff's untimely responses when it undertakes a substantive review of Defendant's motions.

---

[1] Judgment was entered as to Plaintiff Stan Fowler on November 2, 2016. [Doc. 84]. Melvin Smith is the sole remaining Plaintiff in this case.

**IT IS FURTHER ORDERED** that Defendant's reply deadline is hereby **EXTENDED**. Defendant's replies in support of its Motion for Summary Judgment [Doc. 99] and Motion to Exclude [Doc. 97] are due by **April 4, 2017**. The Court's consideration of Defendant's replies will be contingent on its determination whether to consider Plaintiff's untimely responses.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**