IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MELVIN SMITH and STAN FOWLER,**

    **Plaintiffs,**[1]

**v.**                                                          **No. 15-cv-1153 SMV/GBW**

**AUTO-OWNERS INSURANCE COMPANY,**

    **Defendant.**

## ORDER TO UNSEAL FILINGS

THIS MATTER is before the Court on the stipulation of the parties at oral argument on June 19, 2017.

**IT IS ORDERED** that the Clerk unseal [Docs. 94, 95, 100, 101, 106, 107, 109, 110, 112, 114, 117, 118, 122].

**IT IS SO ORDERED**.

                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**
                                                     **Presiding by Consent**

---

[1] Judgment was entered in favor of Plaintiff Stan Fowler on November 2, 2016, after he accepted Defendant's offer of judgment. [Doc. 84]. Melvin Smith is the sole remaining Plaintiff in this case.