IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELVIN SMITH and STAN FOWLER,

    Plaintiffs,

v.                                                                                    No. 15-cv-1153 SMV-GBW

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Joint Motion for Order of Dismissal with Prejudice, the Court, having considered the Joint Motion finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED that all claims that were or could have been asserted herein by Plaintiff Melvin Smith against Defendant Auto-Owners Insurance Company are hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

Approved:

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.
*Electronically Filed*

By: /s/ *Megan T. Muirhead*
Jennifer G. Anderson (janderson@modrall.com)
Megan T. Muirhead (mmuirhead@modrall.com)
*Attorneys for Defendant*
P. O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800
Fax (404) 848-9710

And

SHERMAN & SHERMAN

By: _____
Frederick H. Sherman
(fredericksherman@gmail.com)
Attorneys for Plaintiff Melvin Smith
210 S. Silver Ave
Deming, NM 88030
(575) 546-8846
(575) 546-8847 Fax